UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 55441
  KATHLEEN D GULLI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-7070
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/14/05 and confirmed on 02/02/06.

2. The plan is paid in full.

3. The Debtor paid a total of $   7740.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| OXFORD BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1863.67 | .00 | 417.02 |
| RESURGENT CAPITAL SERVIC | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | FILED LATE | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4645.71 | .00 | 1039.52 |
| RIVERSIDE MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | FILED LATE | .00 | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19002.28 | .00 | 4251.95 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 25511.66 | .00 | 25511.66 |
| PRINCIPAL PAID | .00 | .00 | 5708.49 | .00 | 5708.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5708.49 | .00 | 5708.49 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY             , was allowed $   2200.00 and was paid $    506.00  direct and $   1694.00  through the plan.

The Trustee received $     337.51 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/16/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 05 B 55441 KATHLEEN D GULLI
```